IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GABRIEL BARRERA ALMONTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX CORPORATION, *et al.*, <br><br> Defendants. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 23-3224 (KMW-MJS) <br><br> **ORDER** |

**WILLIAMS, District Judge:**

This matter having come before the Court on the Motion to Dismiss filed by Defendants, (ECF No. 18); which Plaintiff opposed, (ECF No. 19); and Defendants replied, (ECF No. 20); and the Court having read the submissions and heard the arguments of counsel during the hearing held on March 27, 2024, and the Court noting the appearances of counsel: Martin P. Schrama, Esq., David M. Freeman, Esq., and Stefanie Lynn Colella-Walsh, Esq., appearing on behalf of Plaintiffs; and Ryan T. Becker, Esq., and Nathan M. Buchter, Esq., appearing on behalf Defendants; and for the reasons set forth on the record; and for good cause shown;

IT IS this __27th__ day of March, 2023,

**ORDERED** that the Court **GRANTS** Defendant's Motion to Dismiss (ECF No. 18) **WITHOUT PREJUDICE**; and

**FURTHER ORDERED** that should Plaintiffs chose to amend their Complaint, they must do so within by April 29, 2024.

At Camden, New Jersey

KAREN M. WILLIAMS, U.S.D.J.